# EXHIBIT "A"

Gerald Wolfe
26895 Aliso Creek Rd. #B573
Aliso Viejo, CA 92656
(949)435-3098

<u>VIA CERTIFIED MAIL RETURN RECEIPT REQUESTED</u>

May 7, 2007.

Countrywide Bank
4500 Park Granada
Calabasas, CA 91302

RE:   Loan Number(s): 155131424
      Property Address: 96 Sellas Road, Ladera Ranch, CA 92694

Dear Lender Representative:

I am no longer able to make monthly payments on the loan accounts mentioned above. I have called your customer service center to attempt to work out a solution, but the customer service representative did not have the authority to create a work out. I was told my situation did not meet the loan work out criteria. I requested work out arrangements; requested that the loan be made more affordable by reducing rates for a temporary period, deferring payments for a temporary period, and changing the terms for a temporary period. Sadly, your representative could not help me.

I was then transferred to your loss mitigation department and after waiting for quite some time, I had to disconnect the phone call. Later, I contacted your loss mitigation department. After speaking to a representative, I was told that there was nothing they could do until I was 30 days late, had a buyer for the property in question, and had retained a real estate agent.

I have done the best I can to protect both of our interests and my credit in the process. I very much would like to find an expeditious and cost effective solution. My credit history has already been permanently marred due to this property purchase.

This is not simply a case of not paying a mortgage payment. I believe there is an actual problem with the underlying purchase contract and mortgage solicited by the broker. Let me explain. I purchased this property from a broker who solicited me with the following proposition that he could find me turnkey properties that would have tenants, and property management in place with the following criteria. He told me he could find properties 10-20% below market by locating distressed sellers, and obtain funds for closing costs, upgrades and repairs. He would handle the purchase and the mortgage. I was advised I could get 95% to 100% financing on these transactions at competitive rates in the 6-8% range. He, in essence, misrepresented this purchase as well as others, as many of the items described above did not occur.

What I have found out a little more than a year later was that the original appraisals that I relied upon to purchase this property was inflated, the broker could have obtained a more favorable loan with lower costs, he had relationships with the listing agents to work to get the highest price rather than the lowest price, the broker never negotiated the price, the sellers were not distressed, and the list goes on. Hindsight is always 20/20. I am seeking counsel to seek out my own legal remedies against the broker.

Page 1 of 2
Gerald Wolfe

WOLFE019347

I recently attempted to sell this property and the current comps were so low, I would have to come up with multiples of tens of thousands of dollars in shortfalls just to sell this property. Now, certainly the real estate market has softened, but property values in this area have not dropped 25-30% in one year.

I really want to work something out short of foreclosure. I see two options. You may see more. If you do, I would be interested in discussing those options. The options I see are: short sale or a deed in lieu of foreclosure.

I could hire a real estate agent but many real estate agents will not take homes that are short sale candidates because many lenders will not agree to sell the property for the current market value. I've been told that short sale properties are much more difficult and take much longer to sell because lenders do not tend to negotiate in a timely fashion.

Obviously, a foreclosure increases costs significantly and does not help you and certainly does not help me. My preference is to resolve this through a deed in lieu if at all possible. Would you be willing to enter into a deed in lieu of foreclosure? If not, I will have to let this property fall into foreclosure.

Also, please correct your database contact information for me. My home number of 949-360-1239 is NO longer valid for these purposes. Please remove it from your contact database. The best new number to reach me is the following... 949-435-3098.

Gerald Wolfe

Page 2 of 2
Gerald Wolfe

WOLFE019348