# EXHIBIT "B"

Print                                                                                                Page 1 of 1

From: Gerald Wolfe (gwolfe@gwesq.com)
To: 'Andy Bohuslavizki'
Date: Thursday, November 30, 2006 7:10:39 PM
Subject: ATTY CLIENT COMMUNICATION

I would recommend that Don & Hubert hire counsel to attempt workouts for some of their loans so that counsel can negotiate a deed in lieu or a short sale on their behalf. Maybe they can retain your real estate lawyer if she handles these issues.

Gerald Wolfe
Attorney at Law & Wealth Coach
(949)257-0969

042001