# EXHIBIT

# "C"

```
TEXT
FCT101R1 DDALLING     ACCOUNT STATUS LISTING        11/20/2008   10:03:18

Account Number: 152870454 - 5  Mortgagor Name: GERALD WOLFE, JR

     CURRENT BALANCE INFORMATION         CURRENT PAYMENT INFORMATION
Principal Balance:   1,764,637.08   Principal/Interest Payment:    7,942.43
Escr Bal/Int: 66115.51-/    .00   GPM / Increase Pending:          .00
Partial Payment Balance:    .00   *Escrow Payment:                 .01
Prtl Bal/Acr(SI):           .00   Escrow Increase Pending:         .00
Uncollected Late Charges:  397.12-  Credit Life Insurance:         .00
Uncollected Escrow:         .00   Hud-Assistance or Buydown:       .00
Uncollected Fees:       65800.51   Mortgagor Payment:          7942.44


     ADDITIONAL INFORMATION   Int Rte Chg Dte: 1/01/2009  CMTDTE 1/01/2000

Closed Code:    01    C.F.C.  Ln Type: 1M C-JMPAYOPT  CMT# 0005200
Warning Code:   05           Phase Code/Date:      9 12/14/2006
Lockout Code:   03           Comp/Inv/Blk :       02-7010316-656
Certified Funds Req: Exp:    Div: CFC-BROKER  Bch: 0000908 000 11352
Int PTD: 10/01/2007 Pmt PTD: 10/01/2007  ACH: 00    Simple Int Loan
APP/FND/PYOFF/Sale Dt 11/30/2008   Year to Date Taxes:    55,564.51
Mail Payments To: SIMI         Year to Date Interest:       .00


Delinquent History: FFFFFFFE      FHA/VA Case Number:

Sec MKT#: 009020794  Issue DT: 12/01/2006

Telephone: 949-257-0961     Co-Mortgagor

     PROPERTY ADDRESS            MAILING ADDRESS

41 CALLE CAREYES             8001 Irvine Center Dr Ste 400
SAN CLEMENTE, CA   92673   Irvine        CA    92618

          ORIGINAL INFORMATION


Original Principal:  1,715,000.00  Sale Price:              0
Discount Held:         81,972.49   Appraisal Date:       10/2006
Date of Mort/Cont:   11/14/2006    Appraisal Amount:   2,450,000
DueDay/1st Pymt Due:  1  1/2007    Loan Purpose Code:      223
Maturity Date:        12/2036      Property Type:           35
Term of Loan/Remaining Term 350/350  Number of Units:       1
Interest Rate         8.875        Late Charge Amount:   397.12
Annual Percentage Rate  8.900
State Code    05   Grace Days:             15
Fnma County Code:    59   Census Tract:    421.11
Prepayment Penalty Code:    1   Last Activity Date:  10/17/2008
Times Loan Assumed:       0   Last Analysis date (MMC):    1/9
```

Page 1

WOLFE016107

| | |
|---|---|
| Monthly Interview Ordered | 2/16/08 |
| Order # 012584517-001 REQ#-00003 Due on / / | 2/16/08 |
| I R  02/25/2008 Req# 00003 Ord# 012584517-001 SWEEPORDE | 3/13/08 |
| M   REF TO FCL : RECON TRUST COMPANY - CA 20080317 | 3/17/08 |
| M   FCL in name of: WELLS FARGO BANK, N.A. AS TRUSTEE | 3/17/08 |
| I O  FSR - COUNTRYWIDE FIELD SERVICE CORP ..FIELD SRVS | 3/18/08 |
| Monthly Verify Occupancy Ordered | 3/17/08 |
| Order # 012987248-001 REQ#-00004 Due on / / | 3/17/08 |
| I R  03/27/2008 Req# 00004 Ord# 012987248-001 SWEEPORDE | 4/04/08 |
| W O  h/o Gerald Wolfe cbr 949 257-0961 tenants just mov | 4/14/08  V |
| ed out -- This is not h/o's primary residence - a | 4/14/08 |
| spo is not an option. H/o wanted to know if we w | 4/14/08 |
| ill forgive the HELOC so he can stay in the home. | 4/14/08 |
| I advd that is not an option per investor guideli | 4/14/08 |
| nes. H/o stated he can bring the first current bu | 4/14/08 |
| t not the second b/c property value has decreased. | 4/14/08 |
| I advd if he cannot bring the first and second c | 4/14/08 |
| urrent thru mod approval this property will go to | 4/14/08 |
| fcl. | 4/14/08 |
| HMSAVR>>> Risa Taylor / Ext: 543-9542 | 4/14/08 |
| T C  New LM Home Base Contact. | 4/14/08 |
| I O  FSR - COUNTRYWIDE FIELD SERVICE CORP ..FIELD SRVS | 4/17/08 |
| Monthly Verify Occupancy Ordered | 4/16/08 |
| Order # 013421443-001 REQ#-00005 Due on / / | 4/16/08 |
| W O  Wrk Type  : Short Sale | 4/30/08  V |
| Trk Desc   : Borrower Requested Assistance | 4/30/08 |
| Assigned To : Lorenzo Joseph / Ext: 596-4731 | 4/30/08 |
| WPT>>> M KASHINATH / Ext: 598-4612 | 4/30/08 |
| T C  New LM Home Base Contact. | 5/19/08 |
| T C  New LM Home Base Contact. | 5/23/08 |
| W O  Wrk Type  : Short Sale | 5/27/08  V |
| Trk Desc   : Referred | 5/27/08 |
| Assigned To : Lorenzo Joseph / Ext: 596-4731 | 5/27/08 |
| WPT>>> PRAMOD PAGADKATTULU / Ext: 596-9999 | 5/27/08 |
| W O  Jennifer Decker, agent 949-463-0526  occupancy: vac | 5/28/08  V |
| ant> agent calling for status, adv was referred for | 5/28/08 |
| neg assignment 5/27/08 (per WPT) | 5/28/08 |
| HMSAVR>>> Nicole Cortes / Ext: 544-8743 | 5/28/08 |
| T C  New LM Home Base Contact. | 5/28/08 |
| W O  Workout Status Changed to Active. Workout Type Sh | 5/30/08  V |
| ort Sale. | 5/30/08 |
| HMSAVR>>> Marisol Marquez / Ext: 513-8665 | 5/30/08 |
| W O  Workout Assignee Changed to Mary Davis / Ext: 598- | 5/30/08  V |
| 8483. Workout Type Short Sale. | 5/30/08 |
| HMSAVR>>> Marisol Marquez / Ext: 513-8665 | 5/30/08 |
| W O  152870454- Jennifer Blake called in to see if ther | 6/05/08  V |
| e was a nega assigned. Advised of nega info. Asked f | 6/05/08 |
| or me to transfer her  to neg, tried her line, n/a. | 6/05/08 |
| Advised agent n/a. | 6/05/08 |
| HMSAVR>>> Elyse Yeager / Ext: 544-8757 | 6/05/08 |
| T C  New LM Home Base Contact. | 6/05/08 |
| W O  152870454- atp jennifer blake requesting neg @ ext | 6/06/08  V |

WOLFE016117