# EXHIBIT "D"

| CONDUCT CHART* | | |
|---|---|---|
| **Conduct** | **Bohuslavizki Conduct** | **Wolfe Conduct** |
| Masterminded the scheme | X | |
| Recruited straw buyers, family and friends into scheme | X | |
| Recruited investors | X | |
| Prepared marketing materials for investors | X | |
| Falsified employment status in loan applications | X | |
| Misrepresented owner-occupancy status in Wolfe loan applications** | X | X |
| Misrepresented owner-occupancy status in Ross and Franklin loan applications | X | |
| Replaced pages in loan files after pages were signed | X | |
| Knowingly signed falsified documents | X | |
| Forged signatures | X | |
| Directed others to forge signatures | X | |
| Falsified purchase agreements | X | |
| Falsified rental agreements | X | |
| Falsified rental and employment verification letters | X | |
| Falsified CPA letters | X | |
| Falsified escrow instructions | X | |
| Participated in all transactions, charged and uncharged | X | |
| Earned fees and commissions | X | |
| Controlled all aspects of the transactions, serving as sole intermediary between sellers, lenders, agents, underwriters, wholesalers, appraisers, and credit buyers | X | |
| Used gains to finance lavish lifestyle | X | |
| | | |
| * *See discussion on pp. 19-22 of Defendant's Amended Sentencing Position* | | |
| ** *Andrew Bohuslavizki's testimony is the only evidence of this conduct, and the defense assumes for present purposes that the jury convicted based on the conduct.* | | |