# EXHIBIT "E"

March 7, 2012

Judge Andrew Guilford
℅ Thomas Bienert, Esq.
Bienert, Miller & Katzman
903 Calle Amanecer, Suite 350
San Clemente, CA. 92672


To The Court:

I understand there have been some other allegations levied against Mr. Wolfe. I write this letter to tell the court the following:

I also invested in a couple of projects over the years with Mr. Wolfe. One of the projects initially lost me money although eventually I ended up at a break even position.

With regard to these projects, Mr. Wolfe was always very forthcoming with the risks associated with these projects. I relied on his input, the input of others and most importantly my own investment decisions to decide to invest in these projects.

Mr. Wolfe is not to blame for my initial loss and failure to make money. Rather, it was the market conditions and the simple fact that I made a bad investment decision.

I certainly understand the temptation that when a project or investment goes south the first thing you want to do is blame the individual that brought you into that project. That is a sign of an individual who fails to take responsibility for his own actions.

If Mr. Wolfe brought me a project today, I would certainly consider it.


Sincerely,

*[signature]*
William King

CEO

Alentus Corp

(949)-243-0490

Judge Andrew Guilford

Your honor,

I first met Gerald Wolfe three years ago when he made a presentation on short sales at another firm I worked for at the time. I was so impressed with his character that I attended another meeting and subsequently approached him about partnering to do seminars on financial distress for the general public. During preliminary discussions to finalize our materials, it became more and more obvious to me that he possessed the traits of honesty, compassion, integrity and caring to a larger degree than anyone I had dealt with professionally in over 20 years.

I've been in sales for over 60% of my adult life, and during that time have become very good (almost a sixth sense) at ferreting out liars, con artists, manipulators, cheats, sociopaths, and ordinary people who think they are clever. It takes me about five minutes. I have never witnessed even a glimmer of that in Gerald in all the time I have known him. None.

In fact, if anything, he tends to be gullible because he believes in the intrinsic goodness of people, if for no other reason than the fact that he himself is so honest and innocent, and so assumes others are as he is.

We met together with clients I brought to him on many occasions, and not only did he spend at least an hour with them, he provided valuable advice and never charged for it. He truly felt sorry for people in a situation that had no reasonable solution, and it weighed heavily on his mind. I have never seen that kind of integrity in any profession.

Waiting for him in his office many times, I listened to him on the phone trying to help people that did not fit the profile that could easily be helped, only to hear him do his best to give them advice on alternatives, or other possible solutions to their problems. He never asked about payment, signing a contract and getting a retainer, nor did he ever bill them. Frankly, sometimes I began to wonder if he was becoming a nonprofit law firm by default.

But what really cemented Gerald's image for me was a client we shared. This retired Cal Trans worker, 72 years old, was about to see all he had worked for in life vanish. I sold an upside down investment property he owned (inherited from his parents; his childhood home) and Gerald went way above and beyond to help him with his other financial issues. As you can imagine, it was a very trying experience for his client to go through this ordeal.

With tears welling up in his eyes, this grateful man came to see me at my office about a month after the house closed, and said because of Gerald he was able to sleep for the first time in five years. That's the Gerald I know. His character is above reproach, and I would defend it any time, any place.

Sincerely,

*Michael Bryant* (signature)

**Mike Bryant**
TNG Real Estate
4332 Cerritos Ave. #208
Los Alamitos, CA 90720
DRE # 00496781
mike@realestateoncology.com
www.realestateoncology.com

**(714) 326-8613 Cell**
**(714) 243-0112 Fax**

"Treating the financial cancer destroying real estate today"

Honorable Judge Andrew Guilford
℅ Thomas Bienert, Esq.
Bienert, Miller & Katzman
903 Calle Amanecer, Suite 350
San Clemente, CA. 92672

Judge Guilford,

   My name is Marc Wolfe and I write this letter to you on behalf of my brother Gerald Wolfe. Gerald is facing a life changing punishment to be doled out solely by you so I ask for your leniency in this difficult task. Obviously I love my brother very much and would come to his aid regardless of the circumstance. As a result, I hope you can dismiss the inborn bias of a brother who freely admits to it, and just consider my thoughts as an objective observer. I could tell you anecdotes about Gerald's life from childhood through maturity that reflect his great character but I believe these would have less meaning. They could potentially be written off as the previous behavior of a man that has changed for the worse because of greed and avarice, or viewed as fluke circumstances where the positive impacts of Gerald's past behavior have helped to create an idealized amnesia in my memory though the foggy lens of time. So, instead, I'm going to appeal to a circumstance in which we have all been bound together – this legal morass. In the heart of the darkest time in a man's life, his true self emerges, no longer camouflaged by the niceties, formalities, and protocols of the society at large and the professions we toil in. It is here where Gerald has shown what and who he really is.

   Now, on this occasion, his integrity and character are as visible as at any time in Gerald's life. A jury has found him guilty. And yet, in this time of massive turmoil, where so much lies waiting in the unknowable path fate has for not just him, but all of us, Gerald remains stalwart. He still believes in the legal system. He still believes in our country. This mindset remains rock solid even at the expense of my own consternation. It is a significant point of contentiousness between him and I now, as my previous beliefs and faith in our societal institutions have forever been shattered. Gerald maintains an inner peace that comes from that unshakable belief, and most importantly, a belief in himself. A confidence that has allowed him to continue to remain focused on work opportunities and maintain his marriage, all the while, a personal "perfect storm" that could permanently ruin his name, finances, and future swirls around him. This would break most men. Not Gerald. Although he has lost everything he's worked for, including his career, savings, friends, family members, and most importantly his good name; what he didn't lose was a wife (who knows the truth and the real man) and his trust, not only in our system, but of God.

   I think ultimately, I'm begging you to also consider Gerald's history – the chronicle of his life. Let that bear witness to him. An avid learner and accomplished student, a talented musician, a lifelong friend, a devoted husband, a gregarious dog lover and pet owner, an always productive and model citizen, having never been arrested or involved with the law in a negative way, a loving brother and son, a camp counselor for adolescents, a successful attorney, a professional comedian, an author, a tri-athlete, a believer. These, I hope, can be incorporated into your final decision that will determine Gerald's destiny. I ask that you add these virtues to the side of the scale which balances the negatives of his life, whatever you believe those may be based on the credibility of the testimony of the witnesses in this case, before determining punishment. I know as a judge, your time is precious so I thank you for sacrificing some of it to read my thoughts on Gerald as presented here.

                                    Marc Wolfe

October 28, 2011

Judge Andrew Guilford
℅ Thomas Bienert, Esq.
Bienert, Miller & Katzman
903 Calle Amanecer, Suite 350
San Clemente, CA. 92672

I would like to offer my support for Gerald Wolfe.

I coached Gerald in swimming and triathlons for about 5 years before he moved to Hawaii (2005-2010). He came to the program as a very novice athlete, but with an eager attitude to learn and improve. He worked very hard and didn't let his lack of skill and conditioning compared to many others in the program get him down. He was an dedicated, committed student who improved very rapidly and set a good example for others with his work ethic. He developed good friendships with several people in the program, because he was not only intent on his own improvement, but was also very supportive of the other athletes in the program. When Gerald was at practice everyone had a good time while working hard.

He didn't take himself or others too seriously, and could take light-hearted ribbing when he made mistakes while dishing out challenges to other to perform better without being offensive.

I dont know the details of his case or of his "guilt", but feel he is a very positive person that could benefit society or the community far more with community service activities using his knowledge and skills instead of just serving time in prison. He is a good public speaker and could maybe help others understand and avoid the pitfalls he has gone through with poor business decisions.

================
Michael Collins
Multisports Orange County
14252 Culver Dr #A705
Irvine, CA 92604
mcollins@multisportsOC.com
949-338-6682
Website: www.multisportsOC.com

Law Offices of
**PAUL A. BECK**
A Professional Corporation
13701 Riverside Drive, Suite 701
Sherman Oaks, California 91423
Telephone: (818) 501-1141
Facsimile: (818) 501-1241
Email: pab@pablaw.org

March 15, 2012

Honorable Andrew Guilford
c/o Thomas Bienert, Esq.
Bienert, Miller & Katzman
903 Calle Amanecer, Suite 350
San Clemente, California 92672

    Re:    <u>USA vs. Gerald Wolfe</u>

Dear Judge Guilford:

    I am an attorney practicing in Los Angeles County. I grew up here, attending public schools, then attended college and obtained my B.A. from Harvard College in 1972, and my J.D. from George Washington University in 1975. I clerked for the Hon. John W. Oliver in the U.S. District Court for the Western District of Missouri in Kansas City from 1975-77, before returning to Los Angeles to join Loeb & Loeb in 1977. I have remained in private practice ever since.

    Over the years, I have developed a vibrant practice in the area of bankruptcy and insolvency, commercial litigation, and workouts, focusing on businesses in financial distress. I have had my own firm since 1999.

    I met Gerald Wolfe approximately three years ago when he began to represent one of my clients in a personal Chapter 11 bankruptcy case pending in the Central District, in the San Fernando Valley Division of the Bankruptcy Court. I worked closely with Gerald in that case, until a few months ago when he was no longer authorized to practice. At that point, he requested that I assume responsibility for carrying that case forward, and he also asked if I would assist another of his clients by taking over a Chapter 13 case for him. In both instances, I met with Gerald and communicated with him extensively.

    Throughout my experiences with Gerald, I have found him to be very professional, an effective communicator, very capable as a practitioner, and above all, devoted to his clients' best interests and honest. His integrity is unquestionable. I note this in particular because he has refused to "game the system" in the bankruptcy cases I referred to above, demonstrating to me (and to any others who would have been involved in these particular cases, including bankruptcy trustees and judges) that he will not vary from the truth, even if it is not in his clients' or his own

Hon. Andrew Guilford
March 15, 2012
Page 2

best interests in terms of the immediate decision being made, or to be made, by the Court. Gerald has learned the lesson that teaches that as an advocate, you have to start with the truth, disclose the facts, and then make your arguments, but never try to hide or avoid the true facts from the trier of fact. That is one of the qualities that made him an effective lawyer, and an attorney with whom I was very willing to associate.

I know that these last several years have been extraordinarily difficult for him, but despite the obvious challenges, he has remained steadfast and continues to do whatever is possible to support his clients and their new counsel.

Thank you for taking the time to read and consider this letter.

Cordially,

Paul A. Beck

November 1, 2011

Deana Winters
3654 Harwich Dr.
Carlsbad, CA 92010

Judge Andrew Guilford
% Thomas Bienert, Esq.
Bienert Miller & Katzman
903 Calle Amanecer, Suite 350
San Clemente, CA. 92672

Regarding: Gerald Wolfe

Dear Judge Andrew Guilford:

I have known Gerald and his wife Alana for fifteen years. We met at church when we all lived in Los Angeles and have been friends ever since. Gerald is very intelligent and genuine person with a great sense of humor. Gerald is very hard working and honest in business. We trusted him to give us legal advise when we were starting our business several years ago. He has been a joy to be around as friend. One of the things I really appreciate about Gerald is he doesn't keep things on the surface he cares about the real things that are going on in peoples lives. He even moved to Orange County from Los Angeles to assist his family with regards to some hardships they were facing.

We have enjoyed many meals in their home and had them over to ours several times. At one point, they were interested in adopting orphan children, and we had just returned from Russia from adopting our kids. They wanted to find out more about it and were interested in looking into it. We also shared an interest in the arts and have attended different events together such as flamenco concert and Cirque Du Soleil.

I was very shocked to hear the tragic news of Gerald's conviction.

He is not a danger to society and has lost so much already. I hope you will consider my comments in determining his sentencing.

Sincerely,

Deana Winters

April 6, 2012

Judge Andrew Guilford
c/o Thomas Bienert, Esq.
903 Calle Amanecer, Suite 350
San Clemente, CA 92672

Gerald Wolfe met our daughter, Alana Fairbanks, some 20 years ago. They soon married and settled down in Orange County where Gerald, through hard work and perseverance became a successful lawyer.

Unable to have children they put their energy into family, friends and business contact that surrounded them.

Gerald, being an accomplished musician, continued his love of music through the piano and violin.
He also found satisfaction in physical pursuits such as compleitive bicycle riding, swimming, running and weight training.

He is a great competitor and is admired by his peers.  As any serious athlete does he controls his diet closely.  Gerald is a great chef and enjoys his time in the kitchen.

Gerald Wolfe is a talented, hard working, conscientious, faithful and honest man. We need Gerald as part of our family, so I ask for your leniency in sentencing him.

Thank you for taking the time to read this letter.

Robert G. Fairbanks
27812 Pollensa
Mission Viejo
Retired Metallurgist



# SPECTRUM

April 3, 2012

Judge Andrew Guilford
℅ Thomas Bienert, Esq.
Bienert, Miller & Katzman
903 Calle Amanecer, Suite 350
San Clemente, CA. 92672

Re: Gerald Wolfe

Dear Judge Guilford,

    I initially met Gerald several years ago on a professional basis for the purpose of bankruptcy consulting with my firm regarding several of our clients' financial circumstances. What struck me in those engagements over the course of years was that Gerald was consistently and entirely concerned with what was best for our clients, and not at all concerned with whether our client would become his client in his bankruptcy practice. He freely and generously gave of his time to discuss options and alternatives with us for our clients and earned complementary reviews from our clients on those occasions when they needed to retain Gerald's services.

    Over the last four months, I have had the pleasure of working much more closely with Gerald, having nearly daily contact with him as a consultant with regard to our firm's own bankruptcy practice. He has been, as usual, consistently generous with his time and schedule, despite the personal stressors which he is currently dealing with. On more than several occasions he has lent a helping hand past the midnight hour on emergency matters my firm was working on.

    A final thing that has always struck me about Gerald is his patience and forbearance. Despite the often-times last-minute (and at times, draconian) demands of clients, he has always extended a level of tolerance and forgiveness for their transgressions that I respected greatly, and, frankly, was unable to personally equal. If you have any questions or wish to communicate further with regard to Gerald, please feel free to contact me. Thank you.

Very truly yours,

SPECTRUM LAW GROUP, LLP

Joseph Hunter, Esq.

SPECTRUM LAW GROUP, LLP ~ 1900 MAIN STREET ~ SUITE 125 ~ IRVINE, CALIFORNIA 92614-7321
TELEPHONE: 949-851-4300 ~ FACSIMILE: 949-851-5940 ~ INTERNET: www.spectrumlawgroup.com



SPECTRUM

April 5th, 2012

To Whom It May Concern:

    I have known Gerald Wolfe professionally for approximately four years. During that time I referred a number of clients to Gerald. All were very happy with his representation. In my professional relationship with Mr. Wolfe I have always found him to be a responsive, hard-working, ethical and knowledgeable attorney.

    Over the course of the last six months I have developed a personal relationship with Mr. Wolfe. Gerald has always been honest, ethical and responsible in our personal relationship.

    I consider Gerald Wolfe to be a fine person. I consider him a good citizen and an asset to our community.

Very truly yours,

Frederick A. Knorr, Esq.

*300*

SPECTRUM LAW GROUP, LLP ~ 1900 MAIN STREET ~ SUITE 125 ~ IRVINE, CALIFORNIA 92614-7321
TELEPHONE: 949·851·4300 ~ FACSIMILE: 949·851·5940 ~ INTERNET: www.spectrumlawgroup.com