UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES - GENERAL

| Case No. | SACR 10-191-AG | Date | May 21, 2012 |
|---|---|---|---|

| Present: The Honorable | Andrew J. Guilford, U.S. District Judge |
|---|---|
| Interpreter | |

| Lisa Bredahl | Denise Paddock | Joseph McNally/Brett Sage |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| GERALD L. WOLFE | X | | X | Thomas Bienert | X | | X |

**Proceedings:**   DEFENDANT'S MOTION FOR BAIL PENDING APPEAL

Cause is called for hearing and counsel make their appearances.  Motion is argued and GRANTED. Present bond is ordered continued as bond on appeal.

Mr Bienert's oral motion to be relieved as counsel for defendant is GRANTED.

|  | : | 35 |
|---|---|---|
| Initials of Deputy Clerk | lmb | |